| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W. | U. S. District, N.D. Illinois | 07/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. Dearborn St.<br>Chambers 1788<br>Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% |
| 2. | |
| 3. | |

Gettleman , Robert W.

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Northwestern University School of Law; taught courses | $4000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | LCSW, Private Social Work Practive |
| 2. 2010 | Teachers' Retirement Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bar Association | 06/17/10-06/19/10 | Whistler, British Columbia, CA | Litigation Magazine Editorial Board Meeting | food, lodging, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 2. Bob Jo Investments (Real Estate) | | None | J | U | | | | | |
| 3. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 4. MS Natural Resourses | A | Dividend | K | T | | | | | |
| 5. Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 6. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 7. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 8. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 9. Sacred Silks | A | Dividend | J | T | | | | | |
| 10. Eldorado Gold CP | A | Dividend | J | T | | | | | |
| 11. Palatine GO | A | Interest | J | T | | | | | |
| 12. Schering Plough Corp | A | Interest | J | T | | | | | |
| 13. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 14. ING Plus | A | Dividend | J | T | | | | | |
| 15. GE Money BK | A | Dividend | J | T | | | | | |
| 16. MS Bank CD | A | Dividend | J | T | | | | | |
| 17. Bravo Restaurants, Inc. | A | Dividend | | | Sold | 12/30/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Liq. Asset Fund | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 19. Morgan Stanley Active Asset Trust | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 20. Morgan Stanley Dev. Growth Fund | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 21. Morgan Stanley Div. Growth Fund | A | Dividend/ Cap | | | Sold | 12/30/10 | J | A | |
| 22. Giga Tronics | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 23. HDFC Bank Ltd ADR | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 24. Banro Corp | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 25. China Unicom Ltd ADS | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 26. Isis Pharm Inc | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 27. China Medical Tech ADS | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 28. Echelon CP | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 29. Silver Wheaton Corp. | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 30. Boston Scientific Corp | A | Dividend | | | Sold | 12/30/10 | J | A | |
| 31. ASA Ltd (Bermuda) | A | Distribution | | | Sold | 12/30/10 | J | A | |
| 32. Sequenom Inc New | A | Distribution | | | Sold | 12/30/10 | J | A | |
| 33. SAIC, Inc. | A | Distribution | | | Sold | 12/30/10 | J | A | |
| 34. Tenet Healthcare | A | Distribution | | | Sold | 12/30/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Gold Corp New | A | Distribution | | | Sold | 12/30/10 | J | A | |
| 36. Start of IRA American Mutual Fund | | | | | | | | | |
| 37. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 38. Morgan Stanley Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 39. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 40. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 41. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 42. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 43. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 44. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | K | T | | | | | |
| 45. Microvision Inc (Wash) | A | Dividend | J | T | | | | | |
| 46. Putnam Health Science Trust | A | Dividend | J | T | | | | | |
| 47. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 48. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 49. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 50. Coeur D. Alene Mns Cp | A | Dividend | J | T | | | | | |
| 51. Sun Microsystems, Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
 (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
 (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
 (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SLM Corp Ser CPI/Floater | A | Dividend | J | T | | | | | |
| 53. Intl Bk for Recon & Dev | A | Dividend | J | T | | | | | |
| 54. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 55. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 56. Freescale Semi Inc. CLA | A | Dividend | J | T | | | | | |
| 57. GMAC Bank CD | A | Interest | J | T | | | | | |
| 58. Deutsche Telekon ORD ABS AGI | A | Dividend | J | T | | | | | |
| 59. Devon Energy Corp New | A | Dividend | J | T | | | | | |
| 60. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 61. Intel Corp | A | Dividend | J | T | | | | | |
| 62. Isis Pharm Inc. | A | Dividend | J | T | | | | | |
| 63. Sanofi Aventis Ads | A | Dividend | J | T | | | | | |
| 64. Seabridge Gold Inc | A | Dividend | J | T | | | | | |
| 65. Streetracks DJ Global Titans | A | Dividend | J | T | | | | | |
| 66. Tibco Software Inc. | A | Dividend | J | T | | | | | |
| 67. Bank Hapoalim Fid | A | Dividend | J | T | | | | | |
| 68. American Mutual A | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Columbia Global Value B | A | Dividend | J | T | | | | | |
| 70. Agnico Eagle Mines | A | Dividend | J | T | | | | | |
| 71. Anglo American PLC ADR New | A | Dividend | J | T | | | | | |
| 72. Banro Corp | A | Dividend | J | T | | | | | |
| 73. Barrick Gold | A | Dividend | J | T | | | | | |
| 74. Dresser Rand | A | Dividend | J | T | | | | | |
| 75. Echelon | A | Dividend | J | T | | | | | |
| 76. Elderado Gold | A | Dividend | J | T | | | | | |
| 77. Novagold | A | Dividend | J | T | | | | | |
| 78. Silver Wheaton Corp | A | Dividend | J | T | | | | | |
| 79. Symyx Technologies | A | Dividend | J | T | | | | | |
| 80. Goldman Sachs GRP Inc | A | Dividend | J | T | | | | | |
| 81. Kinross Gold Corp New | A | Dividend | J | T | | | | | |
| 82. Market Vectors Gold Mines | A | Dividend | J | T | | | | | |
| 83. Royal Gold Inc. | A | Dividend | J | T | | | | | |
| 84. Sequenom Inc New | A | Dividend | J | T | | | | | |
| 85. Tenet Healthcare Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan ST III Cum | A | Dividend | J | T | | | | | |
| 87. Yamana Gold Inc. | A | Dividend | J | T | | | | | |
| 88. Chicago Go-E3D BE | A | Dividend | J | T | | | | | |
| 89. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 90. Windstream Corp | A | Dividend | J | T | | | | | |
| 91. BP PLC ADS | A | Dividend | J | T | | | | | |
| 92. Genuine Parts Co | A | Dividend | J | T | | | | | |
| 93. Bunge Ltd | A | Dividend | J | T | | | | | |
| 94. Iamgold Corp. | A | Dividend | J | T | | | | | |
| 95. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 96. IMB | A | Dividend | J | T | | | | | |
| 97. Kinross Gold Corp | A | Dividend | J | T | | | | | |
| 98. L-1 Identity Solutions | A | Dividend | J | T | | | | | |
| 99. Procter & Gamble | A | Dividend | J | T | | | | | |
| 100. Protective Life | A | Dividend | J | T | | | | | |
| 101. Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 102. Rubicon Minerals | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Waste Management | A | Dividend | J | T | | | | | |
| 104. Aqua Amer Inc | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 105. Echelon (ELON) | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 106. Frontier Commun Corp | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 107. Kansas City Life Ins. | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 108. Verizon Comm | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 109. Calif St. Genl Oblig | A | Interest | J | T | Buy | 04/01/10 | J | | |
| 110. Invesco Comm Strat | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 111. Thornburg Inv. Inc. | A | Dividend | J | T | Buy | 04/01/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements.

No. 1 : of one limited partnership interest).

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 07/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Gettleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544